ORDERED.

Dated: October 20, 2020

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                         Case No.: 8:20-bk-03041-CPM
                                                                                  Chapter 7
Daniel Charles Driussi
Heather Renee Driussi

<u>DEBTORS.                    </u>/

ORDER APPROVING APPLICATION
FOR COMPENSATION FOR REALTOR

This matter came before the Court, upon the Chapter 7 Trustee's Application for Compensation for Realtor (Application, Doc. No. 37) wherein the Trustee requests that the Court award fees to BK Global Real Estate Services and McCoy Anderson of Gator Homes Realty ("Listing Agent") in the amount of: $ 14,500.00 or 6 % of the base sale price from the proposed sale of the property located at 632 Northwest 230th Way, Newberry, FL 32669.  The Application was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 21 days of the date of service; no party filed a response within the time permitted; and the Court therefore considers the Application unopposed. Accordingly, it is:

**ORDERED**

The Application is approved and the Trustee is authorized to

1. Pay to Listing Agent fees in the total amount of up to $ 14,500.00 or 6 % of the base sale price from the proposed sale of the property located at 632 Northwest 230th Way, Newberry, FL 32669.

2. Any sharing of the fees by Listing Agent with a cooperating agent does not violate this Order.

3. Such fees to be paid at closing without further Order from the Court.

Richard M. Dauval, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.